Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of __Montana__

__Missoula__ Division

JUL 24 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

__Joanna M Snyder__ )
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
__Missoula County Detention Facility__ )
_____ FT EL )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joanna M Snyder
All other names by which you have been known:
ID Number: 207203
Current Institution: MCDF
Address: 2340 Mullan Rd
Missoula, MT 59808
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jason Kolowski
Job or Title (if known): Commander
Shield Number:
Employer: MCDF - Sheriff
Address: 2340 Mullan Rd
Missoula, MT 59808
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Sheryl Zigler
Job or Title (if known): Asst Commander
Shield Number:
Employer: MCDF
Address: 2340 Mullan Rd
Missoula, MT 59808
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 3
  Name: Jpsn Henry
  Job or Title (if known): Sgt
  Shield Number:
  Employer: MCDF
  Address: 2340 Mullen Rd
  Missoula, MT 59808
  City / State / Zip Code
  [X] Individual capacity  [X] Official capacity

Defendant No. 4
  Name: Brewer
  Job or Title (if known): Corporal
  Shield Number:
  Employer: MCDF
  Address: 2340 Mullen Rd
  Missoula, MT 59808
  City / State / Zip Code
  [X] Individual capacity  [X] Official capacity

MW

II. **Basis for Jurisdiction**

(See Attached)

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RLUIPA, Practicing my Religion, Access to Courts, (denial of) Due Process and Equal Protection

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant #5

Name: LT. TERA TOLLETT
Job title: Religious Co-ordinator Lt
Shield #:
Employer: MCDF
Address: 2340 Mullan Rd Missoula MT 59808

☒ Individual capacity   ☒ Official Capacity

Defendant #6

Name: Eric Litchlighter
Job Title: Law Clerk / Court officer
Shield:
Employer: MCDF
Address: 2340 Mullan Rd
Missoula MT 59808

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached -

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On or about 3/23. I have been trying to practice my religion. The facility acknowledges my religion yes will not help me practice in any way at all. I am in a classification unit locked down 18 hours to day but with General Population Status. Cont

This is a violation of my 1st Amendment Right to practice my religion under RLUIPA.

Page 4 of 11

B pg 4 of 11 Cont

I have been trying to access Policies + Procedures (operating) for Missoula County Det facility. I am met with resistance with statement That is "Missoula County Detention Facility does not have to make these policies available. This is a direct violation of my 1st Amendment right of Access to the Courts.

I, Joanna M Snyder have repeatedly and weekly asked to speak to the Medically Assisted Treatment Protocol. MAT is a federally accepted and delegated treatment - (approved) program for Drug Addicts. I have been denied Access to Counselors, administrators, or intake workers in sharp contrast to Females who came into the jail on MAT. this is a violation of my 5th + 14th Amendment of Due Process, and equal protection under the United States Constitution

C. What date and approximate time did the events giving rise to your claim(s) occur?

The approximate start of the dates are – from 2-28-23 to current

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My claim is I am being denied Access to Courts, Medically Assisted protocol for Addicts, and Access to policy + procedure in the things I request

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

☒ No physical injury

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for the court to order the defendant to make available to me policies & procedures for the facility that houses me, I am asking the court to order the defendants Equally protect me by virtue of their policies, and order Equal treatment to woman as men are afforded, and as the addict is as outlined offered, I am asking the court to allow me to practice my religion as outlined in RLUIPA with staff assist as it does for mainstream religions. I am asking the court to order MCDF to bring MAT (medically Assisted treatment) into the jail for ALL inmates instead of the select few to ensure Equal protection & due process

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MCDF
2340 Mullan Rd
Missoula, MT 59808

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Access to Court,                    M.A.T.
Equal Protection under USC
Due Process under USC

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

MCDC —

2. What did you claim in your grievance?

Denial of Access to courts, Access to Policies + Procedures Women are not equally protected as men who are similarly situated Women are not afforded Due Process Relief for Addiction by M.A.T.

3. What was the result, if any?

Denied. All the way to Exhaustion

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to Commander each issue which is 2nd level and Dismissed

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have exhausted each grievance they chose to answer some but not been responded to in violation of their own Rule book without benefit of written Ixxxxxxxx.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Joanne Snyder
   Defendant(s) South Middlesex Correctional Facility

2. Court *(if federal court, name the district; if state court, name the county and State)*
   USDC, Massachusetts

3. Docket or index number
   11013 WGY

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   11-3-2013

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I was closed

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/13/23

Signature of Plaintiff: Joanna M Snyder  Pro Se
Printed Name of Plaintiff: Joanna M Snyder
Prison Identification #: 207203
Prison Address: 2340 Mullan Rd
Missoula, MT 59808

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: